

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| GREGORY PARRIS, | § | No. 08-22-00138-CR |
| Appellant, | § | Appeal from the |
| v. | § | 277th District Court |
| THE STATE OF TEXAS, | § | of Mathews County, Texas |
| State. | § | (TC# 19-0962-K277) |
|  | § |  |

## O R D E R

Pending before this Court is Appellants' motion to consolidate 08-22-00138-CR with cause number 08-22-00140-CR.  The motion is GRANTED.

Therefore, it is ORDERED that cause number 08-22-00140-CR be consolidated with 08-22-00138-CR, and cause number 08-22-00140-CR shall be dismissed due to consolidation.  The clerk's record, notice of appeal and docketing statement filed in cause number 08-22-00140-CR shall be filed as supplemental clerks record, an amended notice of appeal and an amended docketing statement in this cause number.  All other filings appear to be the same for both cause numbers and therefore, will not be duplicated into the above cause number.

IT IS SO ORDERED this 23rd day of September, 2022.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.